FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D21-2053
_____

DAVID B. ROBERTS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 22, 2021


PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits. *See Topps v. State*, 865 So. 2d 1253, 1258 (Fla. 2004) (explaining that a decision on an extraordinary writ petition that "clearly shows that the issue was considered by the court on the merits" is deemed a decision "which would later bar the litigant from presenting the issue under the doctrines of res judicata or collateral estoppel").

RAY, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


David B. Roberts, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.